PAUL M. WARNER, United States Attorney, (#3389)
COLLEEN K. COEBERGH, Special Assistant United States Attorney, (#8052)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-4156

FILED
FEB 04 PM 4:21
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | INDICTMENT |
| vs. | VIO. 21 U.S.C. §841(a)(1), 18 U.S.C. §924(c) and 18 U.S.C. §922(g)(3) |
| SHANE M. HOLMAN, Defendant. | Possession with Intent to Distribute Methamphetamine (two counts) Possession of a Firearm in Furtherance of a Drug Trafficking Crime, Possession of a Firearm by an Unlawful User of or Person Addicted to a Controlled Substance and Possession with Intent to Distribute Cocaine Base) |

The Grand Jury charges:

**Judge Ted Stewart**
**DECK TYPE: Criminal**
**DATE STAMP: 02/04/2004 @ 11:08:29**
**CASE NUMBER: 2:04CR00053 TS**

**COUNT 1**

On or about December 4, 2003, in the Central Division of the District of Utah,

SHANE M. HOLMAN,

the defendant herein, did knowingly and intentionally possess with intent to distribute five (5) grams or more of actual Methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. §812, in violation of 21 U.S.C. §841(a)(1), and punishable pursuant to 21

12

U.S.C. §841(b)(1)(B).

**COUNT 2**

On or about December 4, 2003, in the Central Division of the District of Utah,

SHANE M. HOLMAN,

the defendant herein, did knowingly and intentionally possess a firearm, to wit: a 10 mm Colt, Serial Number DS20680, in furtherance of a drug trafficking crime, as set forth in Count 1, in violation of 18 U.S.C. §924(c), and punishable pursuant to 18 U.S.C. §924(c)(1)(A)(i).

**COUNT 3**

On or about December 4, 2003, in the Central Division of the District of Utah,

SHANE M. HOLMAN,

the defendant herein, possessed a firearm, in or affecting commerce, to-wit: a 10 mm Colt, Serial Number DS20680; and is an unlawful user of or addicted to a controlled substance; in violation of 18 U.S.C. §922(g)(3), and punishable pursuant to 18 U.S.C. §924(a)(2).

**COUNT 4**

On or about January 17, 2004, in the Central Division of the District of Utah,

SHANE M. HOLMAN,

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. §812, in violation of 21 U.S.C. §841(a)(1), and punishable pursuant to 21 U.S.C. §841(b)(1)(C).

**COUNT 5**

On or about January 17, 2004, in the Central Division of the District of Utah,

SHANE M. HOLMAN,

the defendant herein, did knowingly and intentionally possess with intent to distribute Cocaine

Base, a Schedule II controlled substance, within the meaning of 21 U.S.C. §812; in violation of 21 U.S.C. §841(a)(1), and punishable pursuant to 21 U.S.C. §841(b)(1)(C).

A TRUE BILL:

Gail J. Ellison

FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

Colleen K. Coebergh

COLLEEN K. COEBERGH
Special Assistant United States Attorney