13 JUN 04 PM 4:02
DIST. OF UTAH
BY:

PAUL M. WARNER, United States Attorney (#3389)
COLLEEN K. COEBERGH, Special Assistant United States Attorney (#8052)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Ut 84111
Telephone: 801-524-4156

---

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE HOLMAN,<br><br>Defendant. | **POSITION OF GOVERNMENT WITH RESPECT TO SENTENCING FACTORS**<br><br>Case No. 2:04CR00053 TS<br><br>Judge Ted Stewart |

The United States Government, by and through Colleen K. Coebergh, Special Assistant United States Attorney, states that after reviewing the Pre-sentence Report prepared by the United States Probation Office, no sentencing factors described in this report are disputed by the Government.

Dated this 15th day of June, 2004.

COLLEEN K. COEBERGH
SPECIAL ASSISTANT UNITED STATES ATTORNEY

25

**CERTIFICATE OF DELIVERY**

I hereby certify that I mailed a true and correct copy of the foregoing Position of Government with Respect to Sentencing Factors this 15th day of June, 2004, to the following:

Mark Kouris
Utah Federal Defender Office
46 West Broadway, Ste. 110
Salt Lake City, UT 84101

Legal Secretary