Steven Killpack, Federal Defender (#1808)
Mark S. Kouris, Assistant Federal Defender (#6594)
UTAH FEDERAL DEFENDER OFFICE
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SHANE M. HOLMAN,**<br><br>**Defendant.** | **DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**<br><br>**Case No. 2:04CR-53TS** |

The Defendant, Shane M. Holman, by and through his counsel of record, Mark S. Kouris, pursuant to Rule 32.1 of the Criminal Rules of Practice of the United States District Court for the District of Utah, states that, after reviewing the Presentence Report prepared by the United States Probation Office, no sentencing factors as described in this report are disputed by the Defendant.

Dated this 7th day of July, 2004.

MARK S. KOURIS
Assistant Federal Defender

29

## CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing **Defendant's Position with Respect to Sentencing Factors**, was mailed postage prepaid or hand delivered to all parties named below on this 7th day of July, 2004.

Coleen Coebergh
Special Assistant United States Attorney
348 East South Temple
Salt Lake City, UT 84111

Jeff Rosenlund
United States Probation Officer
350 South Main, Suite 160
Salt Lake City, Utah 84101

UTAH FEDERAL DEFENDER OFFICE