PROB 12B

**United States District Court**
**for the District of Utah**

# Request and Order to Waive Testing Fees

Name of Offender: **Shane Michael Holman** Docket Number: **2:04-CR-00053-001-TS**

Name of Sentencing Judicial Officer: **Honorable Ted Stewart**
**Chief U.S. District Judge**

Date of Original Sentence: **August 2, 2004**

Original Offense: **Possession with Intent to Distribute Methamphetamine/Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

Original Sentence: **120 Months Bureau of Prisons Custody/60 Months Supervised Release**

Type of Supervision: **Supervised Release** Supervision Began: **March 25, 2013**

## PETITIONING THE COURT

[ X ] That the drug and/or alcohol testing fee be removed.

## SUMMARY

On August 2, 2004, the Court imposed a fee to offset the costs associated with drug and/or alcohol testing. Based upon the change to the practice of the probation office for the collection of these fees, it is respectfully recommended that the drug and/or alcohol testing fee ordered in this case be removed.

I declare under penalty of perjury that the foregoing is true and correct.

Jennifer Gaston

Jennifer Gaston, U.S. Probation Officer
Date: October 3, 2013

## THE COURT ORDERS:

[✓] That the drug and/or alcohol testing fee be removed

[ ] No action

[ ] Other

T. Stewart

Honorable Ted Stewart
Chief U.S. District Judge

Date: 10/4/13

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

OCT - 4 2013

D. MARK JONES, CLERK
BY
DEPUTY CLERK